In the Matter of the Transfer Tax upon the Estate of JAMES H. MERGENTIME, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant ; THE METROPOLITAN MUSEUM OF ART, Respondent.

*Matter of Mergentime*, 129 App. Div. 367, affirmed.
(Submitted April 27, 1909; decided May 11, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1909, which reversed an order of the New York County Surrogate's Court assessing a transfer tax upon a legacy to the Metropolitan Museum of Art.

*Millard H. Ellison* for appellant.

*Robert W. de Forest* for respondent.

Order affirmed, with costs, on opinion below.

Concur : EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ. Not sitting : GRAY and WILLARD BARTLETT, JJ.